IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ANGELO J. LLOYD,<br><br>  Defendant Below,<br>  Appellant,<br><br>  v.<br><br>STATE OF DELAWARE,<br><br>  Plaintiff Below,<br>  Appellee. | § No. 627, 2015<br>§<br>§<br>§<br>§<br>§ Court Below—Superior Court<br>§ of the State of Delaware<br>§<br>§ Cr. ID 1103022338<br>§<br>§ |

Submitted: April 19, 2016
Decided: April 22, 2016

**O R D E R**

This 22nd day of April 2016, it appears to the Court that, on April 7, 2016, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice